IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRED EUGENE TYSON,

        Petitioner,

    v.

BRIAN BELLEQUE,

        Respondent.

Civil No. 07-1707-ST

ORDER

STEWART, Magistrate Judge.

    Petitioner brings this habeas corpus case pursuant to 28 U.S.C. § 2254 in which he seeks to challenge the legality of a variety of state court convictions.  On August 19, 2009, this court issued its Findings and Recommendation that the Petition for Writ of Habeas Corpus should be denied (docket # 36).  That same day, the Findings and Recommendation were referred to Judge Mosman for consideration (docket # 37).

1 - Order

Subsequently on August 27, 2009, all parties consented to allow a Magistrate Judge to enter final orders and judgment in this case in accordance with FRCP 73 and 28 USC § 636(c)(docket # 38). Therefore, it is no longer necessary for Judge Mosman to consider the Findings and Recommendation.

Accordingly, the Findings and Recommendation are hereby converted to an Opinion and, for the reasons stated therein, the Petition for Writ of Habeas Corpus (docket #1) is DENIED.

DATED this <u>14th</u> day of September, 2009.

<u>s/    Janice M. Stewart    </u>
Janice M. Stewart
United States Magistrate Judge

2 - Order